# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:22-CR-116** |
| | : | |
| v. | : | **(Judge Neary)** |
| | : | |
| **WILLIE BRISTOL,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 9th day of January, 2026, upon consideration of the government's notice (Doc. 76) of intent to introduce evidence of other crimes and motion (Doc. 77) *in limine* requesting to introduce the same and to impeach by evidence of criminal convictions, and the parties' respective briefs in support of and in opposition to the government's motion, (see Docs. 78, 87), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The government's motion (Doc. 77) *in limine* is GRANTED IN PART and DENIED in part as follows.

2. The government may question its witness regarding defendant Willie Bristol's 2007, 2001, and 1995 convictions as prior bad acts under Federal Rule of Evidence 404(b) to establish knowledge of cocaine trafficking only. It may not present the convictions in relation to Bristol's knowledge or intent to traffic marijuana or methamphetamine. A modified limiting instruction will be given to the jury if requested by the parties.

3. The government may only impeach Bristol's credibility with evidence of his 2007 conviction under Rule 609.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania